**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| AUGUSTO RAMIREZ, ) | No. CV 09-4626 MMM (CW) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Social Security Commissioner, ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: March 26, 2010

_____
MARGARET M. MORROW
United States District Judge